## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Edward S. MADDOCK, Respondent.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Sydney D. MADDOCK, Respondent.

### Nos. 196, 197.

Circuit Court of Appeals, Second Circuit.

Jan. 29, 1934.

Sewall Key and Francis H. Horan, both of Washington, D. C., for appellant.

Egbert Robertson, of Chicago, Ill., and Archie O. Dawson, of New York City (Hines, Rearick, Dorr & Hammond, of New York City, and Church, Haft, Robertson, Crowe & Spence, of Chicago, Ill., of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.